NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R. 1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-2084-15T2

SEABOARD LANDING, LLC and
REPUBLIC FIRST BANK,

 Plaintiffs-Appellants,

v.

PENNS GROVE BOROUGH,

 Defendant-Respondent.
______________________________

 Submitted October 3, 2017 - Decided October 16, 2017

 Before Judges Reisner, Gilson and Mayer.

 On appeal from the Tax Court of New Jersey,
 Docket No. 91-2009, whose opinion is reported
 at 28 N.J. Tax 607 (Tax 2015).

 Maley & Associates, PC, attorneys for
 appellants (M. James Maley, Jr. and Erin E.
 Simone, on the briefs).

 Chance & McCann, LLC, attorneys for respondent
 (Andrea Rhea, on the brief).

PER CURIAM

 We have been advised prior to argument that this matter has

been amicably adjusted, and the parties have stipulated to the
dismissal of this appeal. Accordingly, the appeal is dismissed

with prejudice and without costs.

 Dismissed.

 2 A-2084-15T2